EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2025 TSPR 95 |
| Designación Miembros de la Comisión de Disciplina Judicial | 216 DPR ___ |

Número del Caso:  EN-2025-0002

Fecha:  6 de octubre de 2025

Materia: Designación de miembros de la Comisión de Disciplina Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> Designación Miembros de la Comisión de Disciplina Judicial | EN-2025-2 |

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de octubre de 2025.

La Regla 12(b) de las Reglas de Disciplina Judicial, 4 LPRA Ap. XV-B, dispone que la Comisión de Disciplina Judicial (Comisión) se compondrá de una Presidenta o Presidente y siete (7) Comisionadas Asociadas o Comisionados Asociados, nombrados por el Tribunal. Al amparo de esta disposición, se designan a las personas siguientes, como miembros de la Comisión en los cargos que se indican a continuación:

Lcda. Lourdes V. Velázquez Cajigas, Presidenta
Lcda. Nélida Jiménez Velázquez, Comisionada Asociada
Lcdo. Reinaldo O. Catinchi Padilla, Comisionado Asociado

Conforme a la Regla 12(c) de Disciplina Judicial, los miembros de la Comisión ocuparán sus cargos por un término de cuatro (4) años y hasta que la sucesora o el sucesor tome posesión del cargo. Estos nombramientos entrarán en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo